

# MANDATE

# 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

NO. 14-13-00094-CV

James Stearns, Appellant

v.

Lisa Martens and Stearns Pools and Spas, Inc., Appellees

Appealed from the 268th District Court of Fort Bend County. (Tr. Ct. No. 09-DCV-169484). Opinion delivered by Chief Justice Frost. Justices Christopher and Busby also participating.

**TO THE 268TH DISTRICT COURT OF FORT BEND COUNTY, GREETINGS:**

Before our Court of Appeals on August 27, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the divorce decree signed on November 8, 2012, was heard on the transcript of the record. We have inspected the record and find error in the divorce decree. We render judgment as follows:

(1) We order that the portions of the divorce decree in which the trial court grants divorce and dissolution of the marriage are **AFFIRMED**;

(2) We order the remainder of the divorce decree **REVERSED** and **REMANDED** for further proceedings in accordance with this court's opinion, including

(a) a new jury trial as to the characterization of all one million shares of stock in appellee Stearns Pools and Spas, Inc. ("Stearns Pools"),

(b) a new bench trial as to the value of Stearns Pools,

(c) a just and right division of the community estate in light of the jury findings as to the characterization of all shares of Stearns Pools stock, the trial court's new findings as to the value of Stearns Pools, and the trial court's other findings at the first bench trial on issues other than the characterization of the Stearns Pools shares or the value of Stearns Pools, and

(d) rendition of a new divorce decree, which may include a new sanctions order in which the trial court sanctions Jim, in an amount not to exceed $1,200 as to Lisa and $1,200 as to Stearns Pools, for failing to appear personally at the court-ordered mediation.

We order appellees, Lisa Martens and Stearns Pools and Spas, Inc., jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, November 06, 2015.

**CHRISTOPHER A. PRINE, CLERK**